**Order entered June 3, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00160-CV

## WALT HATTER AND ROBERT ZIEGLER, Appellants

## V.

## ORIGIN BANK, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-16018**

## ORDER

Before the Court is the June 2, 2022 unopposed motion of appellant Walt Hatter for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **July 8, 2022**.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE